UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

LORETTA COBLENTZ,

  Plaintiff,                                       CASE NO.: 3:19-CV-00094-MMH-JBT

-vs-

NAVIENT SOLUTIONS, LLC,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Loretta Coblentz, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 26th day of February, 2019 to: Ashley Wydro, Esquire, 3500 Buschwood Park Drive, Suite 195, Tampa, Florida 33618 (awydro@sessions.legal).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #: 88672
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
fkerney@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*