UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

LORETTA COBLENTZ,

  Plaintiff,                               CASE NO.:  3:19-CV-00094-MMH-JBT

-vs-

NAVIENT SOLUTIONS, LLC,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Loretta Coblentz, and the Defendant, Navient Solutions, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 16th day of April, 2019.

| | |
|---|---|
| */s/ Frank H. Kerney, III, Esquire* | */s/ Ashley Wydro, Esquire* |
| Frank H. Kerney, III, Esquire | Ashley Wydro, Esquire |
| Florida Bar #: 0088672 | Florida Bar #: 0106605 |
| Morgan & Morgan Tampa, P.A. | Dayle M. Van Hoose, Esquire |
| One Tampa City Center | Florida Bar #: 016277 |
| 201 N. Franklin St., Suite 700 | SESSIONS, FISHMAN, NATHAN & |
| Tampa, FL 33602 | ISRAEL, LLC |
| Telephone: (813) 223-5505 | 3350 Buschwood Park Dr., Suite 195 |
| Fax: (813) 223-5402 | Tampa, FL 33618 |
| fkerney@forthepeople.com | Telephone: (813) 440-5327 |
| snazario@forthepeople.com | Fax: (877) 434-0661 |
| mmartinez@forthepeople.com | awydro@sessions.legal |
| *Counsel for Plaintiff* | dvanhoose@sessions.legal |
| | *Counsel for Defendant* |