**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LORETTA COBLENTZ,

    Plaintiff,

v.                                             Case No.  3:19-cv-94-J-34JBT

NAVIENT SOLUTIONS, LLC,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 13; Stipulation) filed on April 16, 2019. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees, costs and expenses.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of April, 2019.

MARCIA MORALES HOWARD
United States District Judge

- 2 -

ja

Copies to:

Counsel of Record